UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR19-036-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JOHNATHAN CASEY PHAIR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:   Possession of Prohibited Object

<u>Date of Detention Hearing</u>:   February 21, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.  Defendant, an inmate at the Federal Detention Center, has been indicted on a charge of possession a prohibited object, a sharpened piece of metal with a black handle

designed to be used as a weapon. The issue of detention is essentially moot, since defendant is in custody pursuant to unrelated charges of violation of supervised release and would not be released. Defendant does not contest entry of an order of detention.

2. Defendant poses a risk of nonappearance based on other pending criminal charges and his status in custody. Defendant poses a risk of danger based on the nature and circumstances of the offense, and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 21st day of February, 2019.

Mary Alice Theiler
United States Magistrate Judge