THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>JOHNATHAN CASEY PHAIR,<br><br>   Defendant. | No. CR19-036-RAJ<br><br>ORDER DIRECTING THE BUREAU OF PRISONS TO WAIVE THE SUBSISTENCE FEE FOR PLACEMENT AT A RESIDENTIAL REENTRY CENTER |

At Johnathan Phair's sentencing hearing, the Court granted his request to waive the subsistence fee for placement at the residential reentry center and crossed out the provision for that fee in his Judgment. Dkt. 41 at 5. Because the Bureau of Prisons now requires a separate order to implement this decision, the Court orders that any subsistence fee to be paid by Mr. Phair be waived and that BOP shall not require or collect a subsistence fee for his RRC placement pursuant to the judgment entered on August 2, 2019.

DATED this 2nd day of December, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR BOP TO WAIVE SUBSISTENCE
FEE FOR PLACEMENT AT RRC
(*Johnathan Phair*, CR19-036-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**